538

No. 81. Employers' Liability Assurance Corp., Ltd., v. Cook et al. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Clyde A. Sweeton* and *W. A. Vinson* for petitioner. *Mr. D. A. Simmons* for respondents.

No. 89. Texas & Pacific R. Co. v. Guidry. October 14, 1929. Petition for a writ of certiorari to the Court of Civil Appeals, Sixth Supreme Judicial District, State of Texas, granted. *Mr. T. D. Gresham* for petitioner. *Mr. S. P. Jones* for respondent.

No. 92. Lucas, Commissioner of Internal Revenue, v. North Texas Lumber Co. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Attorney General Mitchell, Assistant Attorney General Willebrandt,* and *Messrs. Alfred A. Wheat* and *Randolph C. Shaw* for petitioner. *Messrs. Albert B. Hall* and *Joseph J. Eckford* for respondent.

No. 93. Cooper v. United States. October 14, 1929. Petition for writ of certiorari to the Court of Claims granted. *Mr. Wayne Johnson* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Lisle A. Smith* and *Henry A. Cox* for the United States.

No. 99. Lucas, Commissioner of Internal Revenue, v. Earl. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Attorney General Mitchell, Assistant Attorney*

*General Willebrandt,* and *Messrs. Alfred A. Wheat* and. *Millar E. McGilchrist* for petitioner. *Messrs. Warren Olney, Jr.,* and *J. M. Manon, Jr.,* for respondent. ▇

No. 114. RENZIEHAUSEN *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Wm. A. Seifert* and *Wm. Wallace Booth* for petitioner. *Solicitor General Hughes,* and *Messrs. J. Louis Monarch* and *John Vaughan Groner* for respondent.

No. 118. FLORSHEIM BROTHERS DRYGOODS Co., LTD., *v.* UNITED STATES. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. E. H. Randolph* for petitioner. *Solicitor General Hughes,* and *Messrs. Sewall Key* and *Barham R. Gary* for the United States. ▇

No. 127. UNIVERSAL BATTERY Co. *v.* UNITED STATES. October 14, 1929. Petition for writ of certiorari to the Court of Claims granted. *Mr. George Maurice Morris* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. George C. Butte* and *R. C. Williamson* for the United States. ▇

No. 128. UNITED STATES *v.* AMERICAN CAN Co.;
No. 129. SAME *v.* MISSOURI CAN Co.; and
No. 130. SAME *v.* DETROIT CAN Co. October 14, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General*